**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**PATRICK LEE CARSON,**

　　　**Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　**CASE NO. 4:05CV11-MMP/AK**

**LAWRANCE WILLIAMS,**

　　　**Defendant.**

_____/


**REPORT AND RECOMMENDATION**

In an order dated April 13, 2005, Plaintiff was granted an extension of time to submit inmate account information through April 29, 2005.  (Doc. 14).   This Order was returned as undeliverable by the Taylor County Jail, Plaintiff's last known address, with no forwarding address provided.  (Doc. 15). Since that date, there has been no further communication by Plaintiff nor has the Court been provided with a forwarding address.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this Court

and has not advised the Court of his new address.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **17th** day of June, 2005.

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK