IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA


PATRICK LEE CARSON,

    Plaintiff,

v.                                                                                         CASE NO. 4:05CV11  MMP/AK

LAWRANCE WILLIAMS,

    Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 17, Report and Recommendation of Magistrate Judge Kornblum, recommending that Plaintiff's case be dismissed for failure to prosecute and failure to comply with a court order.  Specifically, the Magistrate found that Plaintiff did not respond to Doc. 14, an Order directing Plaintiff to submit inmate account information on or before April 29, 2005.  The Order was returned as undeliverable to the Court and Plaintiff never received the Order.  Plaintiff's address was no longer accurate because he had been transferred to a different institution.  While it is Plaintiff's responsibility to keep the Court apprised of any address changes, Plaintiff did submit two filings, after April 29th, that noted his change of address to the Court, Docs. 16 & 18.  The Court finds that Plaintiff has demonstrated excusable neglect in accordance with Fed. R. Civ. P. 6(b) for an additional extension of time to submit inmate account information.  Plaintiff has submitted such inmate account information in Doc. 20.

      Accordingly, it is

**ORDERED AND ADJUDGED:**

    1.      The Magistrate Judge's Report and Recommendation, Doc. 17, is VACATED.

2. Plaintiff's case and all pending motions are remanded to Magistrate Judge Allan Kornblum.

**DONE AND ORDERED** this   *14th*   day of July, 2005.

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
